## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**THE BURLINGTON INSURANCE CO.,**

    **Plaintiff,**

**vs.**

**MADISON GARRETT, SR., MEDORA
GARRETT, PHILLIPS-GARRETT, INC.,
d/b/a GARRETT'S PINK SLIP EXOTIC
BAR, and AMOS BLANCHARD,**

    **Defendants.**                  **NO. 10-CV-0817-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 14, 2011, and there being no just reason for delay, judgment is entered in favor of the plaintiff, **THE BURLINGTON INSURANCE COMPANY**, and against defendants, **MADISON GARRETT, SR., MEDORA GARRETT, and PHILLIPS-GARRETT, INC., d/b/a GARRETT'S PINK SLIP EXOTIC BAR.**

                           **NANCY J. ROSENSTENGEL,**
                           **CLERK OF COURT**


                        **BY:**      **/s/*Sandy Pannier***
                              **Deputy Clerk**

Dated: April 18, 2011

Digitally signed by
David R. Herndon
Date: 2011.04.18
11:09:37 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT