## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**THE BURLINGTON INSURANCE CO.,**

**Plaintiff,**

**v.**

**MADISON GARRETT, SR., MEDORA GARRETT, PHILLIPS-GARRETT INC., d/b/a GARRETT'S PINK SLIP EXOTIC BAR, and AMOS BLANCHARD,**

**Defendants.**                                               **No. 10-cv-00817-DRH**

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a stipulation (Doc. 37) entered into between plaintiff The Burlington Insurance Company and defendant Amos Blanchard. For the reasons that follow, the Court acknowledges the stipulation (Doc. 37) and directs the Clerk of the Court to enter judgment against defendant Blanchard and in favor of plaintiff and to close the file.

On April 13, 2011, the Court entered an order (Doc. 33) acknowledging plaintiff and defendants Madison Garrett, Sr., Medora Garrett, and Phillips-Garrett Inc., d/b/a Garrett's Pink Slip Exotic Bar (collectively the Garrett defendants) stipulation (Doc. 31) that no insurance coverage existed for the claims against the Garrett defendants in the state suit brought against them by defendant Blanchard. Accordingly, plaintiff and the Garrett defendants requested the Court to enter a

judgment against the Garrett defendants and in favor of plaintiff. The Court found that there was no just reason for delay of entry of judgment in favor of plaintiff and against the Garrett defendants only, and directed the Clerk of Court to enter judgment pursuant to Federal Rule of Civil Procedure 54(b). On April 19, 2011, the Clerk did so.

In the order of April 13, 2011, the Court also ordered the plaintiff to show cause why its remaining claim against defendant Blanchard should not be dismissed and the case closed. As a result, on April 20, 2011, plaintiff and defendant Blanchard filed the stipulation (Doc. 37) mentioned above, stipulating that defendant Blanchard agreed that there is no coverage under the plaintiff's policy for the matters alleged in the state suit, and further agreeing to entry of judgment against defendant Blanchard and in favor of plaintiff.

The Court **ACKNOWLEDGES** plaintiff and defendant Blanchard's stipulation (Doc. 37). The Court directs the Clerk to enter judgment against defendant Blanchard and in favor of plaintiff. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Signed this 28th day of April, 2011.

Digitally signed by David R. Herndon
Date: 2011.04.28 12:00:32 -05'00'

**Chief Judge**
**United States District Court**