IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THE BURLINGTON INSURANCE CO.,

    Plaintiff,

v.

MADISON GARRETT, SR., MEDORA GARRETT, PHILLIPS-GARRETT INC., d/b/a GARRETT'S PINK SLIP EXOTIC BAR, and AMOS BLANCHARD,

    Defendants.     No. 10-cv-00817-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 28, 2011, judgment is entered in favor of the plaintiff, **THE BURLINGTON INSURANCE CO.,** and against the defendant**, AMOS BLANCHARD.** This case is **DISMISSED** with prejudice in its entirety.

                        **NANCY J. ROSENSTENGEL,
CLERK OF COURT**


                        **BY:**     */s/Sandy Pannier*
                                    **Deputy Clerk**

Dated: April 28, 2011

Digitally signed by David R. Herndon
Date: 2011.04.28 14:48:40 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT